FILED
MARCH 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1375

JUDGE DOW
MAGISTRATE JUDGE COX

IN THE UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES E. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| DEPARTMENT OF VETERAN AFFAIRS, and ) | |
| JESSE BROWN V.A. MEDICAL CENTER ) | |
| Defendants ) | |

## COMPLAINT AT LAW

Now comes the Plaintiff, JAMES E. TAYLOR pursuant to 28 USC 2679, and complaining of the UNITED STATES OF AMERICA, states as follows:

1. A cause of action arises from the medical negligence of the surgeons; Miquel Teresi, M.D., Allen Mikhail, M.D. and Omar Marcos, M.D., performing and appendectomy on the Plaintiff JAMES E. TAYLOR, on or about April 20, 2006, while they were all employed at the Jesse Brown Veteran's Administration Hospital in Cook County, Northern District of Illinois Eastern Division.

2. At said time and place the aforestated surgeons, nurses, and medical staff, left foreign objects in JAMES E. TAYLOR'S abdominal cavity.

3. That thereafter the Plaintiff JAMES E. TAYLOR, filed for the appropriate administrative relief with the Veteran's Administration on or about June 28, 2007.

4. The Veteran's Administration never answered JAMES E. TAYLOR'S letter.

5. On all times complained of surgeons; Miquel Teresi, M.D., Allen Mikhail, M.D. and Omar Marcos, M.D., nurses, and medical staff were employees of the Jesse

Brown Veteran's Administration Hospital, ans were all servants and agents of the United States of America.

6. That the surgeons; Miquel Teresi, M.D., Allen Mikhail, M.D. and Omar Marcos, M.D., nurses, and medical staff held themselves out to be experts in the field of abdominal surgery.

7. On or about April 20, 2006, the Plaintiff was admitted for emergency appendectomy surgery at the Jesse Brown Veteran's Administration Hospital.

8. The aforestated doctors, nurses, and medical staff, had an obligation to perform surgery without leaving foreign objects in the Plaintiff, JAMES E. TAYLOR.

9. Notwithstanding that during the procedure, surgeons; Miquel Teresi, M.D., Allen Mikhail, M.D. and Omar Marcos, M.D., nurses, and medical staff participated in the removal of the appendix and during said removal, the said doctors carelessly and negligently left a foreign object in the Plaintiff's abdomen.

10. The Plaintiff, JAMES E. TAYLOR, had to return to the hospital on April 24, 2006, and October 28, 2006, where the x-rays were suspect of retained gauze or a foreign body within the Plaintiff's colon.

11. That as a direct and proximate result of one or more of their direct negligent acts, The Plaintiff, JAMES E. TAYLOR, sustained severe and permanent injuries to his colon and abdomen continues to suffer pain disability, disfigurement as incurred, and will continually incur additional medical and hospital expenses in reference to the injury as otherwise permanently injured by the Defendants.

WHEREFORE, the Plaintiff, JAMES E. TAYLOR, prays for judgment against the UNITED STATES OF AMERICA in the amount in excess of FIFTY THOUSAND and no/100 DOLLARS ($50,000.00), plus the costs of this action.

Respectfully submitted,

JAMES E. TAYLOR

By: _____
ALBERT BROOKS FRIEDMAN

Attorney # 191
Albert Brooks Friedman, Esq.
**Albert Brooks Friedman, Ltd.**
161 North Clark Street, Suite 2572
Chicago, Illinois 60601
Telephone: (312) 782-0282
Facsimile: (312) 704-4496