**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:  **08 C 1375**

JAMES E. TAYLOR v. UNITED STATES OF AMERICA et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE DOW**
**MAGISTRATE JUDGE COX**

| |
|---|
| NAME (Type or print)<br> ALBERT BROOKS FRIEDMAN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ ALBERT BROOKS FRIEDMAN |
| FIRM<br> ALBERT BROOKS FRIEDMAN, LTD. |
| STREET ADDRESS<br> 161 NORTH CLARK STREET, SUITE 2575 |
| CITY/STATE/ZIP<br> CHICAGO, IL   60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 191 | TELEPHONE NUMBER<br> 312-782-0282 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

**FILED**
**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT