UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES E. TAYLOR,            )<br>                                           )<br>         Plaintiff,                  )<br>                                           )<br>     v.                                  )<br>                                           )<br>UNITED STATES OF AMERICA,      )<br>DEPARTMENT OF VETERANS AFFAIRS, )<br>and JESSE BROWN V.A. MEDICAL    )<br>CENTER,                              )<br>                                           )<br>         Defendants.              ) | No. 08 C 1375<br><br>Judge Dow |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

                                        Respectfully submitted,

                                        PATRICK J. FITZGERALD
                                        United States Attorney

                                        By: s/ Harpreet K. Chahal
                                              HARPREET K. CHAHAL
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 353-1996

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

were served on March 31, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

s/ Harpreet K. Chahal
HARPREET K. CHAHAL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1996
