**IN THE UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JAMES E. TAYLOR,               )

                             )

        Plaintiff,         )

                             )

        vs.             )        No. 08 C 1375

                             )

UNITED STATES OF AMERICA,     )        Judge Dow

DEPARTMENT OF VETERAN AFFAIRS, and  )        Magistrate Judge Cox

JESSE BROWN V.A. MEDICAL CENTER    )

        Defendants       )

**<u>MOTION FOR VOLUNTARY DISMISSAL</u>**

       NOW COMES the Plaintiff, JAMES E. TAYLOR, by and through his attorneys Albert Brooks Friedman, Ltd., and moves this Honorable Court for an order voluntarily dismissing this matter and all its defendants, without prejudice and without costs.

                                 Respectfully submitted,

                                 JAMES E. TAYLOR

                               By: <u>s/ Albert Brooks Friedman</u>
                                   Albert Brooks Friedman, Ltd.

Attorney # 191
Albert Brooks Friedman, Esq.
**Albert Brooks Friedman, Ltd.**
161 North Clark Street, Suite 2575
Chicago, Illinois 60601
Telephone: (312) 782-0282
Facsimile: (312) 704-4496