**IN THE UNITED STATES OF AMERICA**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES E. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 1375 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Judge Dow |
| DEPARTMENT OF VETERAN AFFAIRS, and | ) | Magistrate Judge Cox |
| JESSE BROWN V.A. MEDICAL CENTER | ) | |
| Defendants | ) | |

**AGREED ORDER**

This cause coming  to be heard on Plaintiff's Motion for Voluntary Dismissal the above captioned matter, the court having jurisdiction over the parties and subject matter and being fully advised in the premises:

**IT IS HEREBY ORDERED:**

1.          That the above captioned matter is hereby dismissed without prejudice and without costs.

ENTERED:

_____

JUDGE

Attorney # 191
Albert Brooks Friedman, Esq.
**Albert Brooks Friedman, Ltd.**
**Attorney for Plainitiff**
161 North Clark Street, Suite 2575
Chicago, Illinois 60601
Telephone: (312) 782-0282
Facsimile: (312) 704-4496