IN THE UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES E. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 1375 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Judge Dow |
| DEPARTMENT OF VETERAN AFFAIRS,   and | ) | Magistrate Judge Cox |
| JESSE BROWN V.A. MEDICAL CENTER | ) | |
| Defendants | ) | |

## NOTICE OF FILING

**TO:**   Harpreet K. Chahal
Assistant United States Attorney
219 south Dearborn Street
Chicago, Illinois 60604

Mark B. Zorfus
Staff Atty VA Medical Center Office of the Regional Counsel
US Department of Veterans Affairs
3001 Green Bay Road
North Chicago, Illinois 60064

**PLEASE TAKE NOTICE** that on the **18th** of **April 2008,** we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division following document(s), a copy of which is attached hereto and served upon you.

Albert Brooks Friedman, Ltd. (191)
Attorney for Plaintiff
161 N. Clark Street, Suite 2575
Chicago, Illinois  60601
Telephone:  (312) 782-0282                                   S/Albert Brooks Friedman
                                                                             _____
                                                                             ALBERT BROOKS FRIEDMAN, LTD.

## CERTIFICATE OF SERVICE

The undersigned, a non attorney on oath states that he/she served a true and correct copy of the above upon the named individual(s) as indicated above, by electronic filing and facsimile of same on this 18th day of April on or before the hour of 5:00 p.m.

                                                                             S/Carol A. O'Brien